UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
13 JAN -2 PM 3:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     vs.<br><br>MARTIN LOPEZ,<br><br>                      Defendant. | CASE NO. 12CR4127-AJB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**      an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___      the Court has dismissed the case for unnecessary delay; or

___      the Court has granted the motion of the Government for dismissal, without prejudice; or

___      the Court has granted the motion of the defendant for a judgment of acquittal; or

___      a jury has been waived, and the Court has found the defendant not guilty; or

___      the jury has returned its verdict, finding the defendant not guilty;

**X**      of the offense(s) as charged in the Information:

    21:952 and 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/21/12

                                    Anthony J. Battaglia
                                    U.S. Magistrate Judge